UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-22828-SEITZ
(11-CR-20652-SEITZ)
MAGISTRATE JUDGE REID

JOSE MURPHY,

     Movant

v.

UNITED STATES OF AMERICA,

     Respondent.

_____/

## **REPORT OF MAGISTRATE JUDGE**

### I.    Introduction

The *pro se* movant, Jose Murphy, a prisoner confined at the Miami Federal Detention Center, filed an amended motion to vacate, pursuant to 28 U.S.C. § 2255. [ECF No. 3]. Movant is currently serving a 12-month prison sentence for the revocation of his supervised release in Case No. 11-20652-CR-SEITZ. [CR ECF No. 79].

This Cause has been referred to the undersigned for consideration and report pursuant to 28 U.S.C. § 636(b)(1)(B), S.D. Fla. Admin. Order 2019-2, and the Rules 8(b) and 10 Governing Section 2255 Cases in the United States District Courts.

For the reasons stated below, Movant's case should be DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b).

## II.    Relevant Procedural History

Movant filed his initial motion to vacate on June 2, 2020. [ECF No. 1]. Without an order from the Court, Movant filed an amended motion on July 10, 2010. [ECF No. 3]. Movant's amended motion was insufficiently pled because he failed to provide supporting facts for his claims. [*Id*. at 6]. Because of these deficiencies, the Court ordered him to submit an amended motion on or before August 17, 2020. [ECF No. 6 at 6]. In that order, the Court cautioned Movant that failure to comply with the order would result in dismissal of the action. [*Id*.]. As of the date of the drafting of this Report, Movant has failed to submit an amended motion.

Accordingly, Petitioner's case is due to be DISMISSED pursuant to Fed. R. Civ. P. 41(b).

## III.    Discussion

The Eleventh Circuit has explained that "[a] district court has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F. 3d 1232, 1240 (11th Cir. 2009) (quoting *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991)). Such authority includes the power to dismiss a case

for failure to prosecute or for failure to comply with a court order under Fed. R. Civ. P. 41(b). *Id.*

Dismissal of the petition is warranted under Rule 41(b). "The legal standard to be applied under Rule 41(b) is whether there is a clear record of delay or willful contempt and a finding that lesser sanctions would not suffice." *Goforth v. Owens*, 766 F.2d 1533, 1535 (11th Cir. 1985) (internal quotes omitted); accord. *Gratton v. Great American Communications*, 178 F .3d 1373, 1374 (11th Cir. 1999). Here, Plaintiff failed to comply with this Court's order and properly litigate the instant case despite warning from the Court that failure to comply would lead to dismissal. Plaintiff's amended motion was due by July 22, 2020. That time has since passed.

Under the circumstances, pursuant to Fed. R. Civ. P. 41(b), this case should be DISMISSED for Plaintiff's failure to comply with this Court's orders and for want of prosecution. *See also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("While dismissal is an extraordinary remedy, dismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.").

## IV.   Recommendations

Based upon the foregoing, it is recommended that this amended motion to vacate [ECF No. 3] be DISMISSED without prejudice pursuant to Fed. R. Civ. P.

3

41(b) for failure to comply with Court orders. It is also recommended that this case be closed.

Objections to this report may be filed with the District Court Judge within fourteen days of receipt of a copy of the report. Failure to do so will bar a *de novo* determination by the District Court Judge of anything in the recommendation and will bar an attack, on appeal, of the factual findings of the Magistrate Judge. *See* 28 U.S.C. § 636(b)(1)(C); *Thomas v. Arn,* 474 U.S. 140, 149 (1985).

DONE AND ORDERED at Miami, Florida this 22nd day of September, 2020.

UNITED STATES MAGISTRATE JUDGE

cc:

Jose Murphy
95479-004
Miami FDC
Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101
PRO SE

Trevor Christopher Jones
DOJ-USAO
99 NE 4th Street
6th Floor
Miami, FL 33132
305-961-9314
Email: trevor.jones@usdoj.gov